■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OPRA WRIGHT, Appellant. [855 NYS2d 409]—

No opinion. Order filed. Concur—Tom, J.P., Friedman, Nardelli, Catterson and Moskowitz, JJ.